UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JOSE ANGEL VALADEZ DIAZ, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:26-CV-00018 |
| § | |
| ERIC GUERRERO, § | |
| § | |
| Respondent. § | |

**OPINION AND ORDER OF TRANSFER**

This is a habeas action filed on January 12, 2026, by a state prisoner incarcerated at the Garza West Unit in Beeville, Texas, which is located in Bee County. (D.E. 1). In his complaint, Plaintiff challenges his December 9, 2022 Hildago County, Texas convictions, seeking relief pursuant to 28 U.S.C. § 2254. (D.E. 1).

A habeas action may be filed either in the district where petitioner is in custody or in the district in which petitioner was convicted. 28 U.S.C. § 2241(d); *Wadsworth v. Johnson*, 235 F.3d 959 (5th Cir. 2000). Petitioner's place of incarceration is in the Corpus Christi Division of the Southern District of Texas and he was convicted by a court located in the McAllen Division of the Southern District of Texas. 28 U.S.C. § 124(b)(7).

For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought. 28 U.S.C. §§ 1404(a) and 1406(a). A habeas application may be transferred in furtherance of justice to the district court within which the state court was held which

1 / 2

convicted and sentenced the petitioner. 28 U.S.C. § 2241(d). Because Petitioner was convicted in Hidalgo County, it is more convenient and would further the interests of justice for this action to be handled in the McAllen Division of the Southern District of Texas. The records of his conviction and the prosecutor and defense lawyers are all located in the McAllen Division of the Southern District of Texas.

Accordingly, it is **ORDERED** that this case be transferred to the United States District Court for the Southern District of Texas, McAllen Division. All pending motions are **DENIED as moot** and are subject to renewal after the case is transferred.

ORDERED on January 13, 2026.

Jason B. Libby
United States Magistrate Judge